IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABM GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC MARKETING INC.; BRIAN TRADING CO. INC.; and MOMENTUM FURNISHINGS, LLC, <br><br> Defendants. | No. 08 CV 3761 <br><br> Hon. Harry D. Leinenweber |

**AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants Dynamic Marketing Inc., Brian Trading Co Inc. and Momentum Furnishings, LLC, by their attorneys, hereby move this Court to allow them an additional twenty-one (21) days in which to file their responsive pleading. Defendants were served with summons and complaint on or about August 11, 2008, making their answer due on September 2, 2008. The parties are in settlement talks and request an additional twenty-one days to respond to plaintiff's complaint, or until September 23, 2008. Counsel for Defendants has discussed this motion with counsel for Plaintiff, and he has consented to the granting of the additional time.

WHEREFORE, Defendants respectfully request that their time for answering the Complaint be extended to September 23, 2008.

Miller, Canfield, Paddock and Stone, P.L.C.

By:   s/Cara M. Houck
    Attorneys for Defendants

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Cara M. Houck
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
(312) 460-4200

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2008 a copy of the foregoing Agreed Motion to Extend Time to Answer or Otherwise Plead was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                s/Cara M. Houck

CHLIB:14847.1\136436-00001