IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABM GROUP, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>DYNAMIC MARKETING INC.; BRIAN TRADING CO. INC.; and MOMENTUM FURNISHINGS, LLC,<br><br>     Defendants. | No. 08 CV 3761<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF MOTION

TO: Donald H. Segel, Esq.
   Segel and Segal, P.C.
   525 West Monroe Street
   Suite 2360
   Chicago, Illinois 60661

PLEASE TAKE NOTICE that on September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge presiding in his stead in Room 1941, United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

              Miller, Canfield, Paddock and Stone, P.L.C.

              By: s/Cara M. Houck
                Attorneys for Defendants

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Cara M. Houck
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
(312) 460-4200

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 29, 2008 a copy of the foregoing Notice of Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                            s/Cara M. Houck

CHLIB:19002.1\135959-00004