**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **ABM GROUP, INC.**<br>an Illinois corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**DYNAMIC MARKETING INC.**<br>an Illinois corporation,<br>**BRIAN TRADING CO. INC.**<br>a Florida corporation, and<br>**MOMENTUM FURNISHINGS, LLC**<br>an Indiana LLC,<br><br>**Defendants** | **CIVIL ACTION NO.:** 08 cv 3761<br><br><br>**JUDGE:** Leinenweber<br><br>**MAGISTRATE:** Valdez |

### AGREED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BRIAN TRADING COMPANY, INC.

NOW COMES the Plaintiff, ABM GROUP, INC. by and through its attorneys of Segel & Segel, and moves to dismiss the Plaintiff's complaint as against the individual Defendant BRIAN TRADING COMPANY, INC.. As grounds for this motion Plaintiff states as follows:

1. That Plaintiff ABM GROUP, INC. and Defendant BRIAN TRADING COMPANY, INC. have settled all matters of controversy between them;

WHEREFORE, Plaintiff, ABM GROUP, INC., prays that this Honorable Court dismiss Plaintiff's Complaint against Defendant, BRIAN TRADING COMPANY INC (only) with prejudice.

                                            Respectfully Submitted,
                                            ABM GROUP, INC.

Dated: _____September 4, 2008_____     By: /s/ Donald H. Segel
                                                                        One of the Attorneys for Plaintiff

Donald Segel
Segel and Segel, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661
Phone : (312) 628-8740
Facsimile : (312) 628-8745

ATTORNEYS FOR PLAINTIFF,
ABM GROUP, INC.